

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00132-CV

| | | |
|---|---|---|
| In re Carla Lorene Cox | § | Original Proceeding |
| | § | From the 235th District Court |
| | § | of Cooke County (14-00439) |
| | § | November 5, 2015 |
| | § | Opinion by Justice Walker |
| | § | Dissent by Justice Sudderth |
| | § | (en banc) |

# JUDGMENT ON REHEARING EN BANC

Having granted relator's motion for rehearing en banc, we withdraw our July 23, 2015 opinion and judgment and substitute the following.

This court has considered the petition for writ of mandamus filed by Relator Carla Lorene Cox. We conditionally grant in part Relator's petition for writ of mandamus. Writ will issue only if Respondent fails to withdraw her order denying

Relator's motion to disqualify Cary Piel and fails to issue an order disqualifying Cary Piel from acting as a special prosecutor in Relator's prosecution.

It is further ordered that all parties shall bear their own costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Sue Walker_____
       Justice Sue Walker